

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00460-CV

IN THE MATTER OF M.G.

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 323-96433J-12

----------

## MEMORANDUM OPINION[1]

----------

This is a juvenile appeal. Appellant M.G.'s appointed counsel timely filed on behalf of appellant a notice of appeal, appealing the trial court's December 20, 2013 order placing appellant in Rockdale Residential Treatment Facility and extending his probation for a maximum of one year. The trial court thereafter sustained the contest of the trial court clerk, ordering that appellant was not permitted to proceed without paying costs. *See* Tex. R. App. P. 20.1(i).

---
[1]*See* Tex. R. App. P. 47.4.

The appellate record was due in this court by April 9, 2014. On April 11, 2014, the official court reporter filed a letter in this court indicating that she had not been paid. On that same date, the Tarrant County District Clerk's office filed a letter indicating that the clerk's record had likewise not been paid for. On April 25, 2014, appointed counsel filed a motion to withdraw in this court because he was "unable to continue working on the case without compensation."

Because we had received neither the clerk's record nor the reporter's record, because appellant's appointed counsel sought to withdraw from representing appellant on the basis of nonpayment, and because the Texas Family Code provides that whether indigent or not, a child is entitled to representation by an attorney in appellate court proceedings,[2] on May 5, 2014, we abated the appeal and remanded this case to the trial court for a hearing with appointed counsel, appellant, his parents, and a representative of the State present to determine whether appellant desired to prosecute this appeal. *See* Tex. R. App. P. 37.3(b)–(c), 38.8(a). At the hearing on May 12, 2014, appellant stated on the record in open court that he no longer wished to pursue this appeal. Appellant's appointed counsel and appellant's parents stated on the record at the hearing that they were all in agreement with appellant's decision.

---

[2]*See* Tex. Fam. Code Ann. § 51.10(a)(8) (West 2014); *In re A.G.N.*, No. 07-07-00312-CV, 2007 WL 2819671, at *1 (Tex. App.—Amarillo Sept. 28, 2007, order).

Accordingly, we grant appointed counsel's motion to withdraw and dismiss the appeal. *See* Tex. R. App. P. 42.1(a); *Nguyen v. State*, No. 01-95-00577-CR, 1999 WL 156660, at *1 (Tex. App.—Houston [1st Dist.] Mar. 11, 1999, no pet.) (not designated for publication) (dismissing appeal following abatement and hearing in trial court at which appellant confirmed in open court that he wished to withdraw his notice of appeal).

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  July 17, 2014